IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 18- |
| JOSÉ G. RAMIREZ-ARONE, JR., | : Violation: 18 U.S.C. § 1344 (Bank Fraud) |
| Defendant. | : |

## INFORMATION

The United States of America charges that:

### COUNT ONE

From at least in or about January 2011 through at least in or about September 2013, within the District of Puerto Rico and elsewhere, the defendant, JOSÉ G. RAMIREZ-ARONE, JR., did knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution as that term is defined in 18 U.S.C. § 20, et seq., to wit, UBS Bank USA ("UBS-UT"), a Utah-based subsidiary of UBS Financial Services, Inc., and to obtain any of the moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of UBS-UT, by means of false and fraudulent pretenses, representations, and promises, to wit, falsified non-purpose credit line applications.

(Bank Fraud, in violation of Title 18, United States Code, Section 1344(1) & (2))

SANDRA L. MOSER
Acting Chief
U.S. Department of Justice
Criminal Division, Fraud Section

BRIAN K. KIDD
Acting Deputy Chief
Securities & Financial Fraud Unit

By: _____
Cory E. Jacobs
Trial Attorney