**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> PLAINTIFF <br><br> Vs <br><br> **JOSE G. RAMIREZ-ARONE, JR.** <br> DEFENDANT | **CASE No. 18-325** |

## MOTION TO RESTRICT

**TO THE HONORABLE THOMAS F. HOGAN**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF COLUMBIA**:

**COMES NOW**, the defendant Jose G. Ramirez-Arone, Jr. represented by the undersigned counsel, who request that access to the MOTION REQUESTING PERMISSION FOR MEDICAL TREATMENT, filed following this motion be restricted to public viewing.

This motion is made on grounds that the motion contains sensitive personal information and discussion of maters that only affect the personal health of the defendant and don't affect this case.

**WHEREFORE**, the appearing defendant asks the Court to restrict viewing of said document to the Honorable Court, the defendant, the United States and the United States Probation Office.

**I HEREBY CERTIFY,** that we have filed this document before the Clerk of the Court utilizing the CM/ECF system which will send copies to all concerned.

**RESPECTFULLY SUBMITTED,** In San Juan, Puerto Rico, June 5th, 2019.

                                            **S/Edgar L Sánchez-Mercado**
                                            255 Ponce de León
                                            MCS Plaza, Suite 1207
                                            San Juan, PR 00917
                                            787-998-1033 / 787-998-1034
                                            esmlawoffice@gmail.com
                                            assistantesmlawoffice@gmail.com